May 16, 2008

Mr. Gregory S. Coleman
Yetter Warden & Coleman, LLP.
221 West 6th Street, Suite 750
Austin, TX 78701
Mr. David P. Blanke
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746-7568

RE: Case Number: 06-0873
 Court of Appeals Number: 04-05-00943-CV
 Trial Court Number: 04-1682-CV

Style: CANYON REGIONAL WATER AUTHORITY
 v.
 GUADALUPE-BLANCO RIVER AUTHORITY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Mr. James Behrendt |
| |Mr. Louis T. Rosenberg|
| | |
| |Mr. Lamar W. Hankins |
| |Ms. Lauren Jennifer |
| |Kalisek |